

**AO 10**
**Rev. 1/2011**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L. | U.S. Dist Court, W.D. of WA | 05/13/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (active) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 700 Stewart Street, 14th Floor <br> Seattle, WA 98101 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair of Board of Trustees | Whitman College |
| 2. | Trustee | Foundation # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Robart, James L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | June 3-4, 2010 | Dallas, Texas | Data Privacy Conference CLE | Airfare and Lodging |
| 2. | American Conference Institute | February 25-26, 2010 | New York, New York | Employment Discrimination Litigation Conference CLE | Airfare and Lodging |
| 3. | American Conference Institute | May 18-19, 2010 | Philadelphia, Pennsylvania | Litigating and Managing Asbestos Claims CLE | Airfare, Train Travel, and Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. Bank of America | Credit Card | J |
| 3. Whitman College | Multi-year pledge | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Key Bank | A | Interest | J | T | | | | | |
| 2. | Key Bank | A | Interest | J | T | | | | | |
| 3. | Oak Harbor, WA Island Cnty Rental Property (2010 - $695,955) | A | Rent | O | S | | | | | |
| 4. | Seattle, WA King Cnty Rental Property (2010 - $249,000) | D | Rent | M | S | | | | | |
| 5. | Bank of Washington Common Stock | | None | J | T | | | | | |
| 6. | BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 7. | -- Starbucks Common Stock | D | Dividend | O | T | Sold (part) | 08/11/10 | K | E | |
| 8. | | | | | | Donated (part) | | | | |
| 9. | -- Schwab Money Fund | A | Interest | L | T | | | | | |
| 10. | -- Silver Standard Common Stock | | None | J | T | | | | | |
| 11. | -- Energy Connect Group | | None | J | T | | | | | |
| 12. | -- MSCI Em. Mkts I-Shares | D | Dividend | P1 | T | | | | | |
| 13. | -- MSCI EAFE Index Fund | C | Dividend | N | T | | | | | |
| 14. | -- S&P 600 I-Shares | C | Dividend | N | T | | | | | |
| 15. | -- Vanguard REIT Fund | D | Dividend | N | T | | | | | |
| 16. | -- S&P 500 IShares | D | Dividend | O | T | | | | | |
| 17. | -- Boston Priv. Fin. Hldg. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron Common Stock | D | Dividend | M | T | | | | | |
| 19. Vanguard GNMA Mutual Fund | D | Dividend | M | T | | | | | |
| 20. BROKERAGE IRA #1 | | | | | | | | | |
| 21. -- Starbucks Common Stock | | | | | Sold | 01/04/10 | N | G | |
| 22. --Gov't FHLBB Notes | C | Interest | L | T | | | | | |
| 23. -- Resolution Trust Strips | | None | L | T | Matured (part) | 07/17/10 | K | D | |
| 24. -- Fed Nat Mortg. Notes | D | Interest | N | T | | | | | |
| 25. -- MB Financial CD | A | Interest | | | Matured | 03/11/10 | L | | |
| 26. -- BMW Bank CD | C | Interest | | | Matured | 09/01/10 | L | | |
| 27. -- Metro Bank CD | C | Interest | | | Matured | 07/16/10 | L | | |
| 28. -- MSCI EAFE Index I-Shares | D | Dividend | P1 | T | Buy (add'l) | 08/11/10 | M | | |
| 29. -- S&P 600 IShares | D | Dividend | P1 | T | Buy (add'l) | 01/05/10 | L | | |
| 30. -- SW Bank of St. Louis CD | C | Interest | L | T | | | | | |
| 31. -- Costco Corp. Notes | C | Interest | L | T | | | | | |
| 32. -- Nat. City Bank CD | C | Interest | L | T | | | | | |
| 33. -- First Bank of Puerto Rico CD | B | Interest | K | T | | | | | |
| 34. -- GE Capit. Notes | D | Interest | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Banco Pop. Corp. N.A. CD | C | Interest | L | T | | | | | |
| 36. -- GE Money Bank CD | A | Interest | L | T | | | | | |
| 37. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 38. -- S&P 500 I-Shares | C | Dividend | N | T | Sold (part) | 01/04/10 | L | D | |
| 39. -- Schwab Money Fund | B | Interest | N | T | | | | | |
| 40. -- Capmark Bank CD | C | Interest | L | T | | | | | |
| 41. -- SallieMae Bank CD | C | Interest | L | T | | | | | |
| 42. -- U.S. TIPS | B | None | N | T | Buy (add'l) | 04/26/10 | M | | |
| 43. -- Vanguard REIT | D | Dividend | O | T | Buy (add'l) | 01/08/10 | M | | |
| 44. -- Emrg. Mkt. I-Share | B | Dividend | M | T | Buy (add'l) | 08/11/10 | L | | |
| 45. | | | M | T | Sold (part) | 01/04/10 | N | G | |
| 46. -- General Mills Notes | C | Interest | L | T | Buy | 01/08/10 | L | | |
| 47. -- Bank of America Notes | C | Interest | M | T | Buy | 07/02/10 | M | | |
| 48. -- Morgan Stanley Notes | D | Interest | M | T | Buy | 10/08/10 | M | | |
| 49. BROKERAGE IRA #2 | | | | | | | | | |
| 50. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 51. -- Am. Century Ultra Mut. Fund | A | Dividend | | | Sold | 08/11/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Janus Balanced Mut. Fund | A | Dividend | K | T | | | | | |
| 53. -- T.R. Price New Asia Mut. Fund | A | Dividend | K | T | | | | | |
| 54. -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 55. -- MSCI EAFE Index Fund | A | Dividend | J | T | Buy (add'l) | 02/12/10 | J | | |
| 56. -- S&P 500 I-Shares | B | Dividend | M | T | Buy (add'l) | 08/23/10 | J | | |
| 57. -- MSCI Em. Mkts I Share | B | Dividend | L | T | | | | | |
| 58. -- S&P 600 I Shares | A | Dividend | L | T | | | | | |
| 59. FOUNDATION # 1 | | | | | | | | | |
| 60. -- Boeing Common Stock | B | Dividend | K | T | Sold (part) | 10/25/10 | K | D | |
| 61. -- Exxon Mobil Common Stock | A | Dividend | K | T | Sold (part) | 12/07/10 | K | D | |
| 62. -- IBM Common Stock | A | Dividend | | | Sold | 10/25/10 | L | D | |
| 63. -- Verizon Common Stock | A | Dividend | | | Sold | 12/09/10 | L | D | |
| 64. -- 3M Common Stock | B | Dividend | K | T | Sold (part) | 10/25/10 | K | D | |
| 65. -- RBC Prime Money Fund | A | Dividend | M | T | | | | | |
| 66. -- BP ADR | A | Dividend | | | Sold | 05/09/10 | K | B | |
| 67. -- PacCar Inc. | A | Dividend | K | T | Sold (part) | 12/07/10 | L | E | |
| 68. -- Bancroft Fund | B | Dividend | | | Sold | 11/12/10 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- Eagle Mid Cap Fund | D | Dividend | M | T | Buy | 07/29/10 | J | | |
| 70.  -- Fidelity Lev. Co. Fund | A | Dividend | M | T | | | | | |
| 71.  -- Keeley Sm. Cap. Fund | A | Dividend | N | T | | | | | |
| 72.  -- Russell Emerg. Mkts FD | B | Dividend | L | T | | | | | |
| 73.  -- Thornberg Int'l Value FD | B | Dividend | M | T | Buy (add'l) | 07/29/10 | J | | |
| 74.  -- Thornberg Int'l Growth FD | A | Dividend | M | T | | | | | |
| 75.  -- Eaton Vance Income FD | D | Interest | M | T | Buy | 06/28/10 | J | | |
| 76.  -- Pimco Bd. Fund | D | Interest | N | T | Buy (add'l) | 06/28/10 | K | | |
| 77.  -- J.P. Morgan Income Bd. Fund | E | Interest | N | T | Buy (add'l) | 11/11/10 | K | | |
| 78.  -- Bank of Montreal | A | Dividend | | | Buy | 04/15/10 | K | | |
| 79. | | | | | Sold | 12/07/10 | K | | |
| 80.  -- Praxair | A | Dividend | K | T | Buy | 01/20/10 | K | | |
| 81. | | | | | Sold (part) | 10/23/10 | J | D | |
| 82.  -- IShares Med Devices | A | Dividend | L | T | Buy | 02/01/10 | L | | |
| 83.  -- IShares Global Materials Index | B | Dividend | L | T | Buy | 02/01/10 | L | | |
| 84.  -- IShares Tech Index | A | Dividend | L | T | Buy | 02/01/10 | L | | |
| 85.  -- IShares Consumer Serv Index | A | Dividend | L | T | Buy | 02/01/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Robart, James L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -- J.P. Morgan Large Cap Fund | B | Dividend | N | T | Buy | 07/29/10 | N | | |
| 87.  -- IShares Health Care | B | Dividend | | | Buy | 02/01/10 | L | | |
| 88. | | | | | Sold | 12/07/10 | L | | |
| 89.  -- J.P. Morgan Alerian Index | B | Dividend | K | T | | | | | |
| 90.  Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |
| 91.  TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 92.  -- 6/30/13 Note | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ James L. Robart

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



| FINANCIAL DISCLOSURE REPORT | *Report Required by the Ethics* |
|---|---|
| **FOR CALENDAR YEAR 2010** | *in Government Act of 1978* |
| | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robart, James L. | U.S. Dist Court, W.D. of WA | 09/08/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Judge (active) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 <br> to <br> 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 700 Stewart Street, 14th Floor <br> Seattle, WA 98101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair of Board of Trustees | Whitman College |
| 2. Trustee | Foundation # 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Robart, James L.  A**

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 09/08/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | June 3-4, 2010 | Dallas, Texas | Data Privacy Conference CLE | Airfare and Lodging |
| 2. | American Conference Institute | February 25-26, 2010 | New York, New York | Employment Discrimination Litigation Conference CLE | Airfare and Lodging |
| 3. | American Conference Institute | May 18-19, 2010 | Philadelphia, Pennsylvania | Litigating and Managing Asbestos Claims CLE | Airfare, Train Travel, and Lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 09/08/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. Bank of America | Credit Card | J |
| 3. Whitman College | Multi-year pledge | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank | A | Interest | J | T | | | | | |
| 2. Key Bank | A | Interest | J | T | | | | | |
| 3. Oak Harbor, WA Island Cnty Rental Property (2010 - $695,955) | A | Rent | O | S | | | | | |
| 4. Seattle, WA King Cnty Rental Property (2010 - $249,000) | D | Rent | M | S | | | | | |
| 5. Bank of Washington Common Stock | | None | J | T | | | | | |
| 6. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 7. -- Starbucks Common Stock | D | Dividend | O | T | Sold (part) | 08/11/10 | K | E | |
| 8. | | | | | Donated (part) | | | | |
| 9. -- Schwab Money Fund | A | Interest | L | T | | | | | |
| 10. -- Silver Standard Common Stock | | None | J | T | | | | | |
| 11. -- Energy Connect Group | | None | J | T | | | | | |
| 12. -- MSCI Em. Mkts I-Shares | D | Dividend | P1 | T | | | | | |
| 13. -- MSCI EAFE Index Fund | C | Dividend | N | T | | | | | |
| 14. -- S&P 600 I-Shares | C | Dividend | N | T | | | | | |
| 15. -- Vanguard REIT Fund | D | Dividend | N | T | | | | | |
| 16. -- S&P 500 IShares | D | Dividend | O | T | | | | | |
| 17. -- Boston Priv. Fin. Hldg. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Chevron Common Stock | D | Dividend | M | T | | | | | |
| 19. Vanguard GNMA Mutual Fund | D | Dividend | M | T | | | | | |
| 20. BROKERAGE IRA #1 | | | | | | | | | |
| 21. -- Starbucks Common Stock | | None | | | Sold | 01/04/10 | N | G | |
| 22. --Gov't FHLBB Notes | C | Interest | L | T | | | | | |
| 23. -- Resolution Trust Strips | | None | L | T | Matured (part) | 07/17/10 | K | D | |
| 24. -- Fed Nat Mortg. Notes | D | Interest | N | T | | | | | |
| 25. -- MB Financial CD | A | Interest | | | Matured | 03/11/10 | L | | |
| 26. -- BMW Bank CD | C | Interest | | | Matured | 09/01/10 | L | | |
| 27. -- Metro Bank CD | C | Interest | | | Matured | 07/16/10 | L | | |
| 28. -- MSCI EAFE Index I-Shares | D | Dividend | P1 | T | Buy (add'l) | 08/11/10 | M | | |
| 29. -- S&P 600 IShares | D | Dividend | P1 | T | Buy (add'l) | 01/05/10 | L | | |
| 30. -- SW Bank of St. Louis CD | C | Interest | L | T | | | | | |
| 31. -- Costco Corp. Notes | C | Interest | L | T | | | | | |
| 32. -- Nat. City Bank CD | C | Interest | L | T | | | | | |
| 33. -- First Bank of Puerto Rico CD | B | Interest | K | T | | | | | |
| 34. -- GE Capit. Notes | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Banco Pop. Corp. N.A. CD | C | Interest | L | T | | | | | |
| 36. -- GE Money Bank CD | A | Interest | L | T | | | | | |
| 37. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 38. -- S&P 500 I-Shares | C | Dividend | N | T | Sold (part) | 01/04/10 | L | D | |
| 39. -- Schwab Money Fund | B | Interest | N | T | | | | | |
| 40. -- Capmark Bank CD | C | Interest | L | T | | | | | |
| 41. -- SallieMae Bank CD | C | Interest | L | T | | | | | |
| 42. -- U.S. TIPS | B | None | N | T | Buy (add'l) | 04/26/10 | M | | |
| 43. -- Vanguard REIT | D | Dividend | O | T | Buy (add'l) | 01/08/10 | M | | |
| 44. -- Emrg. Mkt. I-Share | B | Dividend | M | T | Buy (add'l) | 08/11/10 | L | | |
| 45. | | | M | T | Sold (part) | 01/04/10 | N | G | |
| 46. -- General Mills Notes | C | Interest | L | T | Buy | 01/08/10 | L | | |
| 47. -- Bank of America Notes | C | Interest | M | T | Buy | 07/02/10 | M | | |
| 48. -- Morgan Stanley Notes | D | Interest | M | T | Buy | 10/08/10 | M | | |
| 49. BROKERAGE IRA #2 | | | | | | | | | |
| 50. -- U.S. Treasury Strips | | None | K | T | | | | | |
| 51. -- Am. Century Ultra Mut. Fund | A | Dividend | | | Sold | 08/11/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Janus Balanced Mut. Fund | A | Dividend | K | T | | | | | |
| 53. -- T.R. Price New Asia Mut. Fund | A | Dividend | K | T | | | | | |
| 54. -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 55. --MSCI EAFE Index Fund | A | Dividend | J | T | Buy (add'l) | 02/12/10 | J | | |
| 56. -- S&P 500 I-Shares | B | Dividend | M | T | Buy (add'l) | 08/23/10 | J | | |
| 57. -- MSCI Em. Mkts I Share | B | Dividend | L | T | | | | | |
| 58. -- S&P 600 I Shares | A | Dividend | L | T | | | | | |
| 59. FOUNDATION # 1 | | | | | | | | | |
| 60. -- Boeing Common Stock | B | Dividend | K | T | Sold (part) | 10/25/10 | K | D | |
| 61. -- Exxon Mobil Common Stock | A | Dividend | K | T | Sold (part) | 12/07/10 | K | D | |
| 62. -- IBM Common Stock | A | Dividend | | | Sold | 10/25/10 | L | D | |
| 63. -- Verizon Common Stock | A | Dividend | | | Sold | 12/09/10 | L | D | |
| 64. -- 3M Common Stock | B | Dividend | K | T | Sold (part) | 10/25/10 | K | D | |
| 65. -- RBC Prime Money Fund | A | Dividend | M | T | | | | | |
| 66. -- BP ADR | A | Dividend | | | Sold | 05/09/10 | K | B | |
| 67. -- PacCar Inc. | A | Dividend | K | T | Sold (part) | 12/07/10 | L | E | |
| 68. -- Bancroft Fund | B | Dividend | | | Sold | 11/12/10 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69.  -- Eagle Mid Cap Fund | D | Dividend | M | T | Buy | 07/29/10 | J | | |
| 70.  -- Fidelity Lev. Co. Fund | A | Dividend | M | T | | | | | |
| 71.  -- Keeley Sm. Cap. Fund | A | Dividend | N | T | | | | | |
| 72.  -- Russell Emerg. Mkts FD | B | Dividend | L | T | | | | | |
| 73.  -- Thornberg Int'l Value FD | B | Dividend | M | T | Buy (add'l) | 07/29/10 | J | | |
| 74.  -- Thornberg Int'l Growth FD | A | Dividend | M | T | | | | | |
| 75.  -- Eaton Vance Income FD | D | Interest | M | T | Buy | 06/28/10 | J | | |
| 76.  -- Pimco Bd. Fund | D | Interest | N | T | Buy (add'l) | 06/28/10 | K | | |
| 77.  -- J.P. Morgan Income Bd. Fund | E | Interest | N | T | Buy (add'l) | 11/11/10 | K | | |
| 78.  -- Bank of Montreal | A | Dividend | | | Buy | 04/15/10 | K | | |
| 79. | | | | | Sold | 12/07/10 | K | | |
| 80.  -- Praxair | A | Dividend | K | T | Buy | 01/20/10 | K | | |
| 81. | | | | | Sold (part) | 10/23/10 | J | D | |
| 82.  -- IShares Med Devices | A | Dividend | L | T | Buy | 02/01/10 | L | | |
| 83.  -- IShares Global Materials Index | B | Dividend | L | T | Buy | 02/01/10 | L | | |
| 84.  -- IShares Tech Index | A | Dividend | L | T | Buy | 02/01/10 | L | | |
| 85.  -- IShares Consumer Serv Index | A | Dividend | L | T | Buy | 02/01/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25.000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 09/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- J.P. Morgan Large Cap Fund | B | Dividend | N | T | Buy | 07/29/10 | N | | |
| 87. -- IShares Health Care | B | Dividend | | | Buy | 02/01/10 | L | | |
| 88. | | | | | Sold | 12/07/10 | L | | |
| 89. -- J.P. Morgan Alerian Index | B | Dividend | K | T | Buy | 02/01/10 | K | | |
| 90. | | | | | Sold (part) | 10/25/10 | J | B | |
| 91. Vanguard Intl. Tax Managed Fund | E | Dividend | P1 | T | | | | | |
| 92. TREASURY DIRECT ACCOUNT | | | | | | | | | |
| 93. -- 6/30/13 Note | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 09/08/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James L. Robart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544